This is to advise that on June 18, 2012

Chief Judge Donald C. Pogue

Issued CONFIDENTIAL Slip Op. 12-86

In action

Consol. Ct. No. 11-00086

Thai Plastic Bags Industries Co., Ltd.,
Polyethylene Retail Carrier Bag Committee,
Hilex Poly Co., LLC, and Superbag Corporation,
(Plaintiffs,)

v.

United States,
(Defendant.)